IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | | |
|---|---|---|
| JUSTINIANO A. BENOIT-LIRIANO<br>Plaintiff<br><br>v.<br><br>TIMOTHY J. HOUSER; WARD T.<br>LOGISTICS; WARD TRUCKING,<br>LLC; COLONIAL LIFE &<br>ACCIDENT INSURANCE; JOHN<br>DOES 1-10 (fictitious names);<br>RICHARD ROES 1-10 (fictitious<br>names; and ABC COMPANIES, INC.<br>1-10 (fictitious names)<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 2:17-CV-12288 |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed among counsel for Plaintiff Justiniano A. Benoit-Liriano and counsel for Defendants Timothy J. Houser and Ward Trucking LLC that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

FUSCO & MACALUSO PARTNERS, LLC

By:_____
David T. Ercolano, Esquire
Attorney for Plaintiff

Date: 11-21-19

PISANO LAW FIRM

By:_____
Matthew T. Pisano, Esquire
Attorney for Defendants
Timothy J. Houser and Ward Trucking
LLC

Date: 1/2/20

**IT IS SO ORDERED**